```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 31094
   GERALD EUGENE GRAGES
   MARIE DOROTHEA GRAGES                        CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-6113     SSN XXX-XX-1512

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/08/05 and confirmed on 10/12/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  89531.97 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
TAYLOR BEAN & WHITAKER M  CURRENT MORTG      33462.24           .00        33462.24
TAYLOR BEAN & WHITAKER M  MORTGAGE ARRE       4445.24           .00         4445.24
FIA CARD SERVICES         UNSECURED          15524.25           .00        11661.74
ECAST SETTLEMENT CORPORA  UNSECURED          21875.36           .00        16432.66
PORTFOLIO RECOVERY ASSOC  UNSECURED          17552.15           .00        13185.08
RESURGENT CAPITAL SERVIC  UNSECURED           2911.77           .00         2187.31
ECAST SETTLEMENT CORP     UNSECURED            510.92           .00          383.80
         Summary of disbursements:
--------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED   37907.48          .00     58374.45       .00       96281.93
PRINCIPAL PAID       37907.48          .00     43850.59       .00       81758.07
INTEREST PAID             .00          .00          .00       .00            .00
TOTAL PAID           37907.48          .00     43850.59       .00       81758.07
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   3786.93 .

Refunds to the Debtor totaled $   1286.97 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/13/09                       /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 05 B 31094 GERALD EUGENE GRAGES & MARIE DOROTHEA GRAGES
```